**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6460**

JASON MITCHELL,

            Plaintiff – Appellant,

        v.

UNITED STATES OF AMERICA; FEDERAL BUREAU OF PRISONS;
MONONGALIA GENERAL HOSPITAL; ROGER KING; GREENWALD;
ANTENELLI; WATSON; BRIMSON; ODDO; KAMICAR; KERN; HAGGERTY,

            Defendants – Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  Irene M. Keeley,
District Judge. (1:08-cv-00195-IMK-JES)

Submitted:  July 27, 2010          Decided:  August 6, 2010

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Jason Mitchell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Mitchell appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint, which was properly construed as one filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mitchell v. United States, No. 1:08-cv-00195-IMK-JES (N.D.W. Va. Mar. 11, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED